July 3, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARTIN PRODUCT SALES, LLC, Appellant

NO. 14-13-00003-CV                 V.

BOMINFLOT BUNKER OIL CORP., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Bominflot Bunker Oil Corp., signed December 14, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order the release of the supersedeas bond with surety RLI Insurance Co.

We further order that all costs incurred by reason of this appeal be paid by appellee, Bominflot Bunker Oil Corp.

We further order this decision certified below for observance.